IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ZABORA BROWN and ANTRAVEIOUS PAYNE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ATLANTA, a Municipal Corporation of the State of Georgia; and MATTHEW JOHNS, Individually and in his official capacity as a Police Officer of the City of Atlanta Police Department,<br><br>Defendants. | CIVIL ACTION<br>FILE NO. 1:17-cv-04850-MLB |

## PLAINTIFFS' MOTION REQUESTING RELIEF FROM COURT'S ORDER TO MEDIATE

**COME NOW**, the Plaintiffs, ZABORA BROWN and ANTRAVEIOUS PAYNE, (sometimes "the Plaintiffs"), and hereby file this motion requesting relief from the Court's Opinion and Order on summary judgment referring this matter to mediation, and show the Court as follows:

As previously represented to the Court by email on October 5, 2020, pursuant to the Court's Opinion and Order on summary judgment, counsel for Plaintiffs have spoken to counsel for Defendant Johns and was advised that Johns does not have

any financial assets or liability insurance that would apply to this claim. Therefore, Plaintiffs' do not believe that mediation with Defendant Johns could be meaningful or worthwhile.

With respect to the Court's ruling granting summary judgment to the City of Atlanta, Plaintiffs intend to appeal of the court's ruling. However, because this ruling is not a "final decision" as to all claims and parties and does not completely end the litigation on the merits, Plaintiffs cannot appeal to the Eleventh Circuit as a matter of right, pursuant to 28 USC Section 1291, unless the district court certifies pursuant to FRCP 54(b) that there is no just reason for delay and directs the entry of a partial final judgment.

Given the current delay in jury trial proceedings (suspended through January 3, 2021) due to the pandemic, and the efficiency of avoiding multiple trials, in the event the Eleventh Circuit were to reverse the court's grant of summary judgment to the City, Plaintiffs would like an opportunity to present to the Court a motion pursuant to FRCP 54(b) requesting that the Court certify this matter as a final judgment so that an appeal could be taken now of the Court's summary judgement ruling in favor the City.

For the reasons stated above, Plaintiffs would like to proceed to trial on the claims against Defendant Johns at the earliest convenience of the Court. Plaintiffs

Case 1:17-cv-04850-MLB   Document 185   Filed 10/16/20   Page 3 of 5

request 30 days for the submission of a consolidated pretrial order.  Plaintiffs also request 30 days to file a motion requesting Rule 54(b) certification.

    Respectfully submitted this 16th day of October, 2020.

                                        **THE COCHRAN FIRM - ATLANTA**

                                        */s/Samuel L. Starks*
                                        Shean D. Williams, Esq.
                                        Georgia Bar No. 764139
                                        Samuel L. Starks, Esq.
                                        Georgia Bar No. 676515
                                        Mecca S. Anderson, Esq.
                                        Georgia Bar No. 624622
                                        **Attorneys for Plaintiffs**

100 Peachtree Street, NW
Suite 2600
Atlanta, GA 30303
Tel:  (404)222-9922
Fax:  (404)222-0170
SWilliams@cochranfirmatl.com
SStarks@cochranfirmatl.com
MAnderson@cochranfirmatl.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ZABORA BROWN and ANTRAVEIOUS PAYNE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ATLANTA, a Municipal Corporation of the State of Georgia; and MATTHEW JOHNS, Individually and in his official capacity as a Police Officer of the City of Atlanta Police Department,<br><br>Defendants. | CIVIL ACTION<br>FILE NO. 1:17-cv-04850-MLB |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing *PLAINTIFFS' MOTION TO REQUEST RELIEF FROM COURT ORDER TO MEDIATE* by electronic filing service and depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Staci J. Miller, Esq.
City of Atlanta Law Department
55 Trinity Avenue SW, Suite 5000
Atlanta, GA 30303

Joseph H. King, Jr.
Joseph H. King, Jr., P.C.
2852 Piedmont Road, N.E.
Atlanta, GA 30305

This 16th day of October, 2020.

**THE COCHRAN FIRM - ATLANTA**

*/s/Samuel L. Starks*
Shean D. Williams, Esq.
Georgia Bar No. 764139
Samuel L. Starks, Esq.
Georgia Bar No. 676515
Mecca S. Anderson, Esq.
Georgia Bar No. 624622
***Attorneys for Plaintiffs***

100 Peachtree Street, NW
Suite 2600
Atlanta, GA 30303
Tel: (404)222-9922
Fax: (404)222-0170
SWilliams@cochranfirmatl.com
SStarks@cochranfirmatl.com
MAnderson@cochranfirmatl.com